| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark D. Estle, Esq.<br>BAR ID: 135004<br>The Estle Law Firm<br>12520 High Bluff Drive, Suite 265<br>San Diego, CA 92130<br>Telephone # (858) 720-0890<br>Fax # (858) 720-0092<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Movant | **FILED & ENTERED**<br><br>**JUN 10 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY steinber DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**MALAKEH M. SAATCHI**<br>                      Debtor(s). | CHAPTER:   7<br><br>CASE NO.: 8:10-bk-13671-RK |
|---|---|
|  | DATE: 6/1/10<br>TIME: 10:30 a.m.<br>CTRM: 5D<br>FLOOR: 5th |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST 2006-OH1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OH1)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:*  **200 PARIS LANE #314**
   *Apartment/Suite No.:*
   *City, State, Zip Code:*  **NEWPORT BEACH, CA 92663**

   Legal description or document recording number (including county of recording):
   See Exhibit "A"

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
                                   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   **F 4001-10.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| MALAKEH M. SAATCHI | Debtor(s) | CASE NO: 8:10-bk-13671-RK |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d  ☒ Movant has permission to discuss a loan modification or forbearance agreement with Debtor.

###

DATED: June 10, 2010

_____
United States Bankruptcy Judge

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-10.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| MALAKEH M. SAATCHI | Debtor(s) | CASE NO: 8:10-bk-13671-RK |

# Exhibit "A"

The land referred to is situated in the County of Orange, City of Newport Beach, State of California, and is described as follows:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

UNIT 314, AS SHOWN ON THE CONDOMINIUM PLAN ATTACHED AS EXHIBIT "A" TO THE SUPPLEMENTARY DECLARATION OF ANNEXATION AND CONDOMINIUM PLAN, VILLA BALBOA, PHASE 8, RECORDED JUNE 20, 1989 AS INSTRUMENT NO. 89-323516, OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

AN UNDIVIDED ONE-FIFTY-FOURTH (1/54TH) INTEREST IN AND TO LOT 11 OF TRACT NO. 8336, IN THE CITY OF NEWPORT BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 439, PAGES 8 TO 12 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM, ALL UNITS AS SHOWN ON THE CONDOMINIUM PLAN, REFERRED TO IN PARCEL 1 ABOVE.

ALSO EXCEPTING THEREFROM, ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING, AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LAND OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AS RESERVED IN THE DEEDS OF RECORD.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                              **F 4001-10.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| MALAKEH M. SAATCHI | | |
| | Debtor(s) | CASE NO: 8:10-bk-13671-RK |

PARCEL 3:

EXCLUSIVE EASEMENTS FOR USE, APPURTENANT TO PARCELS 1 AND 2 DESCRIBED ABOVE, OVER THOSE CERTAIN PORTIONS OF THE RESTRICTED COMMON AREA ON SAID LOT 11, AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, THE VILLA BALBOA CONDOMINIUMS, RECORDED IN BOOK 13318, PAGE 133, OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND IN THE NOTICE OF ANNEXATION, SUPPLEMENTARY

DECLARATION OF ANNEXATION, PHASE 8, RECORDED JUNE 20, 1989 AS INSTRUMENT NO. 89-323516, OFFICIAL RECORDS OF SAID COUNTY, AND AS DESCRIBED AND ASSIGNED ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 4:

A NONEXCLUSIVE EASEMENT FOR INGRESS AND EGRESS, APPURTENANT TO PARCEL 2 DESCRIBED ABOVE, OVER LOTS 8 AND 12 OF TRACT NO. 8336, IN THE CITY OF NEWPORT BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 439, PAGES 8 TO 12 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, EXCEPT FROM SAID LOT 8, ANY AREAS SHOWN AS PATIOS ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                       **F 4001-10.RP**

| In Re    (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| MALAKEH M. SAATCHI | Debtor(s) | CASE NO: 8:10-bk-13671-RK |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 10, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorney for Debtor: Babak Samini  bsamini@alsalaw.com
Trustee: John M Wolfe  john.wolfe1@earthlink.net, CA83@ecfcbis.com
United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
Attorney for Movant: Mark D. Estle  mdestle@estlelaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:
Malakeh M. Saatchi
63 Prairie Falcon
Aliso Viejo, CA 92656

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                               **F 4001-10.RP**